IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sulayman Bajo,                                   :
                                                 :
          Plaintiff(s),                          :
                                                 :   Case Number: 1:16cv1071
     vs.                                         :
                                                 :   Judge Susan J. Dlott
United States Postal Service, et al.,            :
                                                 :
          Defendant(s).                          :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Stephanie K. Bowman filed on February 10, 2017 (Doc. 7), to whom this case was

referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and

that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 24, 2017,

hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's case is DISMISSED for want of prosecution and for failure to

obey a Court Order.  This case is hereby TERMINATED from the docket of this Court.

     IT IS SO ORDERED.


                                        ___s/Susan J. Dlott_____
                                        Judge Susan J. Dlott
                                        United States District Court